CONSTANCE M. GREEN, Respondent, v. GEORGE S. GREEN, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

HAMMOND OIL COMPANY, Respondent, v. STANDARD OIL COMPANY, Appellant, Impleaded, etc.— Order affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

CHARLES J. SAGEBRECHT, Appellant, v. JOSEPH BLOCK and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

LOUIS RICH v. SARAH RICH.— Motion to dismiss appeal granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MORTON C. FITCH and Another v. EVA H. FANTL, as Executrix, etc., and Another, Impleaded, etc.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JENNIE M. KRAUSSMAN v. HAROLD W. KRAUSSMAN.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MARGARET LLOYD, as Administratrix, etc., v. CABCO OWNERS ASSOCIATION, INC., and Another.— Motion to dismiss appeal denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

HARRIMAN SECURITIES CORPORATION v. 300 WEST END AVENUE CORPORATION and Another.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

METROPOLITAN LIFE INSURANCE COMPANY v. 1160 BROADWAY REALTY CORPORATION, Impleaded, etc.— Motion to dismiss appeal denied upon payment by appellant of ten dollars costs to the respondent. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

GENERAL PENCIL COMPANY, INC., v. ISAAC A. BERNSON, Impleaded, etc.— Motion to dismiss appeal denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

NASSAU SUPPLY CO., INC., v. ICE SERVICE CO., INC.— Motion to dismiss appeal denied upon payment of ten dollars costs by appellant to respondent. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of WILLIAM H. RULAND for an Order Restraining FRANK J. TYLER, as Sole Acting Trustee, etc., of BENJAMIN HAWKER, Deceased, from Selling or Renting Premises, etc.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

GWENDOLYN WRIGHT v. GEORGE D. WEBBER and Another.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of ROBERT H. RULAND, Deceased.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

BESSIE E. ARNOLD v. RAY H. ARNOLD.— Motion to dismiss appeal denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.